■ LARISA SHKOLNIK, Individually and as Temporary Guardian of TATYANA MUCHNIK, Respondent, v MORNINGSIDE HOUSE NURSING HOME COMPANY, INC., Appellant. [830 NYS2d 513]—Appeal from order, Supreme Court, Bronx County (Alison Y. Tuitt, J.), entered on or about December 29, 2005, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Mazzarelli, J.P., Andrias, Marlow, Buckley and McGuire, JJ.